**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **STEVEN WEINERT,** | § | |
| **(Milam County #31955),** | § | |
| | § | |
| **V.** | § | **W-22-CV-580-ADA** |
| | § | |
| **SHERIFF MIKE CLORE.** | § | |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner Steven Weinert's petition for habeas corpus relief for failure to exhaust state court remedies and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in this cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Steven Weinert's Petition for Habeas Corpus Relief is hereby **DISMISSED WITHOUT PREJUDICE** as unexhausted.

It is finally **ORDERED** that the above styled and numbered cause is **CLOSED**.

**SIGNED** this 11th day of July, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE